**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

PAUL EDWIN GAUL,                          No. CIV S-05-1133-DFL-CMK

        Plaintiff,

  vs.                                          ORDER

ARNOLD SCHWARZENEGGER, et al.,

        Defendants.

_____/

        Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the court is plaintiff's application for leave to proceed in forma pauperis (Doc. 4).  Plaintiff's complaint (Doc. 1) will be addressed by separate order.

        Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a).  The request to proceed in forma pauperis will, therefore, be granted.

        Accordingly, IT IS HEREBY ORDERED that:

        1.      Plaintiff's motion for leave to proceed in forma pauperis is granted;

        2.      Plaintiff is required to pay the statutory filing fee for this action pursuant to 28 U.S.C. §§ 1914(a) and 1915(b)(1);

1             3.     An initial partial filing fee of $69.00 will be assessed by this order pursuant

2 to 28 U.S.C. § 1915(b)(1);

3             4.     By separate order, the court will direct the appropriate agency to collect the

4 initial partial filing fee from plaintiff's trust account and forward it to the Clerk of the Court; and

5             5.     Thereafter, plaintiff will be obligated for monthly payments of twenty

6 percent of the preceding month's income credited to plaintiff's prison trust account, such

7 payments to be forwarded by the appropriate agency to the Clerk of the Court each time the

8 amount in plaintiff's account exceeds $10.00, until the filing fee is paid in full, pursuant to 28

9 U.S.C. § 1915(b)(2).

10 DATED:  October 12, 2005.

12

13                                   CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE