IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PAUL EDWIN GAUL,   No. CIV S-05-1133-DFL-CMK-P

      Plaintiff,

  vs.   ORDER

ARNOLD SCHWARZENEGGER,
et al.,

      Defendants.

_____/

        Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pursuant to the court's August 9, 2006, order remanding this case to the undersigned for further proceedings, the court finds that the complaint appears to state a cognizable claim for relief pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b) against defendants Schwarzenegger and Rodriguez.[1] If the allegations are proven, plaintiff has a reasonable opportunity to prevail on the merits of this action. The court, therefore, determines that service is appropriate and will direct service by the U.S. Marshal without pre-payment of

---

[1] All other named defendants have been dismissed.

1

1 costs.  Plaintiff is informed, however, that this action cannot proceed further until plaintiff
2 complies with this order.  Plaintiff is warned that failure to comply with this order may result in
3 dismissal of the action.  See Local Rule 11-110.
4         Accordingly, IT IS HEREBY ORDERED that:
5     1.    Service is appropriate for the following defendant(s):
6         SCHWARZENEGGER; and
7         RODRIGUEZ
8     2.    The Clerk of the Court shall send plaintiff one USM-285 form for each
9 defendant identified above, one summons, an instruction sheet, and a copy of the complaint; and
10     3.    Within 30 days of the date of service of this order, plaintiff shall complete
11 the attached Notice of Submission of Documents and submit the following documents to the
12 court:
13     a.    The completed Notice of Submission of Documents;
14     b.    One completed summons;
15     c.    Two completed USM-285 form(s); and
16     d.    Three copies of the endorsed complaint.

DATED:  August 16, 2006.

                                    /s/ Craig M. Kellison
                                    **CRAIG M. KELLISON**
                                    UNITED STATES MAGISTRATE JUDGE

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF CALIFORNIA**

PAUL EDWIN GAUL,  No. CIV S-05-1133-DFL-CMK-P
    Plaintiff,
  vs.
ARNOLD SCHWARZENEGGER,
et al.,

    Defendants.
_____/

NOTICE OF SUBMISSION OF DOCUMENTS

Plaintiff hereby submits the following documents in compliance with the court's order:

    __1__    completed summons form;
   ____    completed USM-285 form(s); and
   ____    copies of the complaint.

DATED: _____  _____
                                        Plaintiff