1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10                                SACRAMENTO DIVISION

11

12   **PAUL GAUL,**                              No. 2:05-CV-1133 DFL CMK (PC)

13                        Plaintiff,             **ORDER**

14             **v.**

15   **ARNOLD SCHWARZENEGGER, et al. ,**

16                        Defendants.

17

18          Defendant Rodriguez has requested a 30-day extension of time to and including

19   February 1, 2007, to file a response to the complaint in this action.  The court finds good cause

20   and orders as follows:

21          1.    Defendant's request for extension of time is granted.

22          2.    Defendant Rodriguez shall file his response to the June 8, 2005, complaint in this

23   action on or before February 1, 2007.

24

25   January 3, 2007

26
                             /s/   **CRAIG M. KELLISON**
27                           Craig M. Kellison
                             UNITED STATES MAGISTRATE JUDGE

28

[Proposed] Order

1