IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL EDWIN GAUL, | No. CIV S-05-1133-DFL-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| ARNOLD SCHWARZENEGGER, et al., | |
| Defendants. | |
| _____/ | |

Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's motion for a stay of proceedings (Doc. 19), filed on January 16, 2007.

Plaintiff, who is challenging the denial of parole, was recently granted parole by the California Board of Prison Terms. That decision has been submitted to the governor for review. Plaintiff states that, if the parole decision is ratified by the governor, this action will be moot. Plaintiff seeks a stay of these proceedings pending a decision from the governor, which is anticipated to be announced by March 30, 2007. Defendants have filed a statement of non-opposition to plaintiff's motion. Good cause appearing therefor, the motion will be granted. All

1

proceedings in this matter shall be stayed until March 30, 2007.  Plaintiff will be required to file a status report after expiration of the stay advising this court of the governor's decision.  If no decision has been made, plaintiff shall seek by motion to extend the stay.  Plaintiff is warned that failure to comply with this order may result in the dismissal of this action for lack of prosecution and failure to comply with court rules and orders.  <u>See</u> Local Rule 11-110.

        Accordingly, IT IS HEREBY ORDERED that:

        1.     Plaintiff's unopposed motion for a stay of proceedings (Doc. 19) is granted;

        2.     All proceedings in this case are stayed until March 30, 2007; and

        3.     Within 30 days after expiration of the stay, plaintiff shall file either a status report advising this court of the governor's decision or, if no decision has been reached by that time, a motion to extend the stay for a reasonable period of time.

DATED: January 24, 2007.

                                                    **CRAIG M. KELLISON**
                                                    UNITED STATES MAGISTRATE JUDGE