# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

PAUL EDWIN GAUL,                           No. CIV S-05-1133-DFL-CMK-P

    Plaintiff,

  vs.                                  ORDER

ARNOLD SCHWARZENEGGER, et al.,

    Defendants.

_____/

        Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pursuant to the court's January 24, 2007, order, these proceedings were stayed pending the Governor's review of the California Board of Prison Terms' favorable parole suitability determination.  Plaintiff filed a status report on March 28, 2007, advising the court that the Governor denied parole.  The stay of these proceedings will, therefore, be lifted.

        At the time the court issued the stay, defendant Schwarzenegger had filed a motion to dismiss (Doc. 17) and defendant Rodriguez had been granted an extension of time to February 1, 2007, to respond to the complaint.  Plaintiff had not filed an opposition to defendant Schwarzenegger's motion to dismiss.  The court will now provide plaintiff an opportunity to do

so and will extend the time for defendant Rodriguez to respond to the complaint.

        Accordingly, IT IS HEREBY ORDERED that:

        1.     The stay of proceedings is lifted;

        2.     Plaintiff may file an opposition to defendant Schwarzenegger's motion to dismiss within 30 days of the date of this order; and

        3.     Defendant Rodriguez shall file his response to the complaint within 30 days of the date of this order.

DATED: April 12, 2007.

                                                  **CRAIG M. KELLISON**
                                                  UNITED STATES MAGISTRATE JUDGE