IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **PAUL GAUL,** | No. 2:05-CV-1133 DFL CMK (PC) |
| Plaintiff, | **ORDER** |
| v. | |
| **ARNOLD SCHWARZENEGGER, et al.,** | |
| Defendants. | |

Defendants have requested reconsideration and modification of the order filed April 12, 2007. The request is denied. It is not necessary to delay consideration of defendant Schwarzenegger's motion to dismiss pending plaintiff's response, if any, to an anticipated motion to dismiss to be filed by defendant Rodriguez.

IT IS SO ORDERED.

May 2, 2007

/s/   CRAIG M. KELLISON
Craig M. Kellison
UNITED STATES MAGISTRATE JUDGE

1