IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL EDWIN GAUL, | No. CIV S-05-1133-RRB-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| ARNOLD SCHWARZENEGGER, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. In order to address an error of law, the court hereby vacates the findings and recommendations issued on May 25, 2007. Amended findings and recommendations will be issued separately.

IT IS SO ORDERED.

DATED: August 15, 2007.

CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE

1